```
FILED
CLERK, U.S. DISTRICT COURT

January 5, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Antonio Fernandez**,

    Plaintiff,

v.

**Carmen Penna**;
**Luz Maria Jimenez**;
**Pedro Jimenez**; and Does 1-10,

    Defendants.

Case: 2:19-cv-05056-SB-E

**JUDGMENT**

    Following the Court's ruling on December 21, 2020, the Court grants JUDGMENT in favor of Plaintiff ANTONIO FERNANDEZ and against Defendants CARMEN PENNA, LUZ MARIA JIMENEZ and PEDRO JIMENEZ. Defendants shall pay a statutory award of $4,000 to Plaintiff and shall be jointly and severally liable for such payment.

Additionally, Defendants are ordered to provide an accessible restroom that complies with the 2010 ADA Standards for Accessible Design at the Mi Tierra Restaurant located at 5939 Whittier Blvd., Los Angeles, California.

Dated: January 5, 2021            By: _____
                                        Hon. Stanley Blumenfeld, Jr.
                                        United States District Judge